No. 1196, Misc. WELSHER v. BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 1217, Misc. BELL v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Marco Loffredo* and *Phillip A. Hubbart* for petitioner.

No. 1219, Misc. MERCER v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1222, Misc. SALAZAR v. WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1249, Misc. SAMUELS v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 828. LICHOTA ET UX. v. UNITED STATES, 382 U. S. 1027;

No. 187, Misc. MCILVAINE ET AL. v. LOUISIANA, *ante,* p. 921;

No. 368, Misc. RAINSBERGER v. NEVADA, 382 U. S. 455;

No. 843, Misc. SMITH v. ELLINGTON ET AL., 382 U. S. 998;

No. 977, Misc. ANDREWS v. SMITH ET AL., 382 U. S. 1029;

No. 1018, Misc. NIELSEN v. NEBRASKA STATE BAR ASSOCIATION, *ante,* p. 105; and

No. 1139, Misc. WAGER v. NEW YORK, *ante,* p. 920. Petitions for rehearing denied.